# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

JIANYOU ZHENG,

        Petitioners,

   v.

MOISES BECERRA, et al.,

        Respondents.

Case No. 1:26-cv-01704-JLT-EPG-HC

ORDER FOR SUPPLEMENTAL BRIEFING

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The petition alleges that Petitioner was detained by U.S. Immigration and Customs Enforcement ("ICE") on January 13, 2026 "directly after his asylum interview with an immigration officer." (ECF No. 1 at 1.) The petition asserts that prolonged detention without a bond hearing violates due process and the lack of any bond hearing renders Petitioner's detention unconstitutional. (Id. at 2.) In the response, "Respondents submit there are no significant factual or legal issues in this case that materially distinguish it from the cases" where this Court has granted habeas relief and "Respondents recognize that the majority of judges in the Eastern District of California have accepted Petitioner's arguments. However, Respondents maintain that Petitioner is an 'applicant for admission' who is subject to mandatory detention by ICE under 8 U.S.C. § 1225(b)(1)." (ECF No. 8 at 1.)

The Court finds that supplemental briefing clarifying whether Petitioner was apprehended upon arrival to the United States and previously released on recognizance or paroled into the United States in addition to relevant documents from Petitioner's A-File (*e.g.*, Form I-213, I-220A, I-94, etc.) would assist the Court in this matter.

Accordingly, the Court HEREBY ORDERS that within seven (7) days of the date of service of this order, Respondents SHALL FILE a supplemental brief and any and all documents necessary for the resolution of the issues outlined above.

IT IS SO ORDERED.

Dated:   **March 23, 2026**                    /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE