**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JIANYOU ZHENG**, | CASE NO. 1:26-CV-01704-JLT-EPG-HC |
| Petitioner, | |
| v. | **ORDER RE: JOINT STATUS REPORT AND STIPULATION TO BRIEFING SCHEDULE** |
| **BECERRA, *et al*.,** | |
| Respondents. | |

Pursuant to the parties' Joint Status Report and Stipulation to Briefing Schedule, and good cause appearing, IT IS HEREBY ORDERED:

1. Petitioner shall file an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, along with any supporting documentation, within **seven (7) days** of the filing of the Joint Status Report and Stipulation.

2. Respondent shall file a response to the amended petition within **seven (7) days** after the amended petition is filed.

\\\
\\\
\\\
\\\

3. Any reply by Petitioner, if necessary, shall be filed within **seven (7) days** after Respondent's response is filed.

IT IS SO ORDERED.

Dated:   **April 10, 2026**         /s/ *Erica P. Groj*
                                   UNITED STATES MAGISTRATE JUDGE